# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LERON S. BURGE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-4299-RWS |
| EDUCATION MANAGEMENT CORPORATION, | : |
| | : |
| | : |
| Defendant. | : |

## ORDER

In response to the Court's show cause order, Plaintiff has informed the Court that there is a written agreement requiring arbitration of his FLSA claim. This case is administratively closed pending the arbitration. Plaintiff is ORDERED to submit any settlement agreement reached as to his FLSA claims to this Court for approval pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982). Plaintiff may file any such agreement as an exhibit to a Motion to Approve Settlement.

**SO ORDERED**, this 23rd day of June, 2017.

_____
**RICHARD W. STORY**
United States District Judge